**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-02064-OES-MJW

DANNA BRASWELL, and

COREY T. BRASWELL, a minor child, by and through his
natural mother and next best friend DANNA BRASWELL,

       Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

       Defendant.

**ORDER**

       THIS MATTER having come before the Court on an unopposed motion to file an amended stipulation for compromise settlement, and the Court having considered said motion, it is hereby;

ORDERED that the motion is granted and the amended stipulation for compromise settlement is accepted as filed.

DATED this 7th day of October, 2005.

BY THE COURT:

s/ O. Edward Schlatter

United States Magistrate Judge