**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-2064-OES-MJW

DANNA BRASWELL,

COREY T. BRASWELL, and
DANNA BRASWELL,

       Plaintiffs,

v.

United States of America OF AMERICA,

       Defendant.

## ORDER

ORDER ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER

       THIS MATTER having come before the Court on a stipulated motion to dismiss indicating the parties have settled this case, and the Court having considered said motion, it is hereby;

       ORDERED that this matter is dismissed with prejudice, the parties to pay their own costs, the Court retaining jurisdiction to enforce the terms of the Stipulation for Compromise Settlement, if necessary.

       Dated at Denver, Colorado, this day of: October 26, 2005

                                    BY THE COURT:

                                    s/ O. Edward Schlatter

                                    O. EDWARD SCHLATTER
                                    United States Magistrate Judge